**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MEPCO FINANCE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) Case No. 12-CV-2195 |
| v. | ) |
| | ) Honorable Elaine E. Bucklo |
| NATIONAL AUTO SERVICES, f/k/a and | ) |
| d/b/a Executive Warranty, a New York | ) |
| limited liability company; ISRAEL | ) |
| GREENBAUM; and MOISHE NEWMAN, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ENTRY OF FINAL JUDGMENT ORDER

Plaintiff Mepco Finance Corporation ("Mepco"), through its attorneys, respectfully moves this Court for entry of a final judgment order. In support of this Motion, Mepco states as follows:

1. This case involves Mepco's claims against three defendants (National Auto Services, f/k/a and d/b/a Executive Warranty; Israel Greenbaum; and Moishe Newman) for breach of contract (Count I) and breach of an unconditional guaranty (Count II). As disucssed below, all of Mepco's claims in this case have been resolved either through judgment or settlement. Accordingly, Mepco requests that the Court enter a final judgment order.

1. On December 7, 2012, the Court approved Mepco's Prove-Up Memorandum for Default Judgment against Moishe Newman ("Newman") on Count II of the Complaint. [Dkt. 17.]

2. The Court also ruled that Mepco is entitled to its costs and attorney fees, pursuant to the Unconditional Guaranties because it is the prevailing party.

1

3. Therefore, the Court entered default judgment in favor of Mepco and against Newman on Count II in the amount of $100,395.95.

4. On January 25, 2013, in open court, the Court approved Mepco's Prove-Up Memorandum for Default Judgment against National Auto Services f/k/a and d/b/a Executive Warranty ("Executive Warranty") on Count I of the Complaint.

5. The Court ruled that Mepco is entitled to its costs and attorney fees, pursuant to the Dealer Agreement because it is the prevailing party.

6. Therefore, the Court entered default judgment in favor of Mepco and against Executive Warranty on Count I in the amount of $94,923.99.

7. Pursuant to Fed. R. Civ. P. 41(a)(1)(a), Mepco hereby provides the Court with Notice of Voluntary Dismissal with Prejudice Pursuant to Settlement of Count II against Israel Greenbaum, with each party to bear its own fees and costs.

8. Pursuant to Fed. R. Civ. P. 41(a)(1)(a), Mepco hereby provides the Court with Notice of Voluntary Dismissal of Count III of the Complaint, with each party to bear its own fees and costs.

WHEREFORE, Mepco respectfully requests that the Court enter an order of final judgment and close and terminate this case. Mepco will submit a proposed order of final judgment to the Court pursuant to the Court's case management procedures.

    Respectfully submitted,

    MEPCO FINANCE CORPORATION

    By: /s/ Brent M. Ryan
        One of Its Attorneys

Brion B. Doyle
VARNUM
P.O. Box 352

Grand Rapids, MI 49501-0352
(616) 336-6479

Michael J. Grant
Brent M. Ryan
TABET DIVITO & ROTHSTEIN LLC
The Rookery Building
209 South LaSalle Street, 7th Floor
Chicago, IL 60604
(312) 762-9450